# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**WALTER LEE GILBERT,**

    **Plaintiff,**

    v.                                 **CASE NO. 18-3130-SAC**

**ANDRE MATEVOUSIAN, et al.,**

    **Defendants.**

## MEMORANDUM AND ORDER

This matter is before the Court on a civil rights complaint filed under 28 U.S.C. § 1331 by a prisoner. Plaintiff has filed a motion to proceed in forma pauperis. Plaintiff is incarcerated at the Florence – USP ADMAX in Florence, Colorado.

The complaint identifies the defendants as: Andre Matevousian, CEO-Warden of ADX Complex; Amy Kelly, SIS Lieutenant, FCI-Florence; and the United States of America. (Doc. 1.) The complaint alleges sexual assault by ADX staff.

Under 28 U.S.C. § 1391(b):

> A civil action may be brought in –
>
> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated . . .

28 U.S.C. § 1391(b)(1)–(2).

Accordingly, venue is proper in Colorado under 28 U.S.C. § 1391(b). The Court directs the Clerk of the Court to transfer this matter to the United States District Court for the District of Colorado.

**IT IS THEREFORE ORDERED BY THE COURT** that the Clerk of Court shall transfer this action to the United States District Court for the District of Colorado.

**IT IS SO ORDERED**.

**Dated in Topeka, Kansas, on this 8th day of June, 2018.**

<u>s/ Sam A. Crow</u>
**SAM A. CROW**
**Senior U. S. District Judge**